UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DAWN CRAWFORD, IN HER CAPACITY AS ADMINISTRATRIX OF THE ESTATE OF MARC CRAWFORD, | ) ) ) ) | Civil Action No. 5:18-CV-623-CHB |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO SHOW CAUSE** |
| JOHN TILLEY, et al., | ) ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Plaintiff filed this action on November 26, 2018 [R. 1]. The Court docket reflects that no process was requested and no activity has occurred in this case since the Complaint was filed. The Federal Rules of Civil Procedure require a defendant to be served within 90 days of a complaint being filed. Fed. R. Civ. P. 4(m). Since it has been more than 90 days since Plaintiff filed this action, and since the docket does not reflect any activity by the Plaintiff to complete service of process, a status report from Plaintiff would be appropriate. Accordingly,

**IT IS HEREBY ORDERED** that the Plaintiff **SHALL** file a Status Report within **fourteen (14) days** of the date of entry of this Order, updating the Court on the current status of this case, including the status of service of process on the Defendants, as well as showing good cause why this action should not be dismissed without prejudice for failure to prosecute. The Court cautions Plaintiff that failure to timely file such Status Report **WILL** result in the dismissal of this civil action without prejudice.

This the 12th day of August, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY