UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DAWN CRAWFORD, In her Capacity as Administratrix of the Estate of Marc Crawford, | ) ) ) ) | Civil Action No. 5:18-CV-623-CHB |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER DISCHARGING SHOW CAUSE ORDER AND ORDERING PLAINTIFF TO SHOW CAUSE** |
| JOHN TILLEY, et al., | ) ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Plaintiff's Notice of Compliance [R. 10] to the Court's Show Cause Order [R. 4]. The Court indicated that its show cause order would not be discharged until he filed notice that he had complied with the order. [R. 7] Plaintiff has filed such notice. However, the record, to date, does not reflect service on the Defendants. Fed. R. Civ. P 4(l) requires an affidavit for proof of services of process, and plaintiff's notice of compliance is not such an affidavit.

**IT IS HEREBY ORDERED** as follows:

1. The Court's Show Cause Order [**R. 4**] is hereby **DISCHARGED**.

2. Plaintiff shall **SHOW CAUSE** within **14 days** of this order as to why his claims should not be dismissed for failing, per Fed. R. Civ. P(m), timely prove, per 4(l), service.[1]

This the 28th day of October, 2019.

---

[1] Defendant Correct Care Solution LLC's motion filing [R. 11] logically indicates that Plaintiff has, in fact, served at least one Defendant. Thus, the Court limits the show cause order to Plaintiff's claims against Defendants other than Correct Care. That said, the Rule 4(l)(1) proof obligation persists independently of the fact of valid service. *See* Rule 4(l)(3) (noting that "[f]ailure to prove service does not affect validity of service"). Further, the Court, as to the remainder of Plaintiff's extensive Defendant slate, sees no record evidence of Rule 4(m) compliance. The absence of such proof triggers the Court's Rule 4(m) obligation, effectuated by this Order.

1



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record