UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:18-CV-00623-CHB
JUDGE: HON. CLARIA HORN BOOM

**DAWN CRAWFORD**, in her
capacity as Administratrix of the
Estate of Marc Crawford;                                                                                   **Plaintiff**;

vs.

**JOHN TILLEY**, et al.;                                                                                          **Defendants**.

---

## RESPONSE TO OCTOBER 28, 2019 ORDER TO SHOW CAUSE

---

Plaintiff Dawn Crawford, by and through undersigned counsel, hereby responds to the Court's October 28, 2019 Order to Show Cause.

On October 28, 2019, the Court entered an Order stating that Fed. R. Civ. P. 4(l)(1) requires an affidavit of proof of service, and ordering Plaintiff to show cause why her claim ought not be dismissed for failing to timely prove service.[1] Contemporaneously with the filing of this Response, the undersigned counsel files a Proof of Service affidavit (DN 18). The undersigned has attempted to make service on all named defendants.[2] Several have entered appearances, filing answers or motions to dismiss the Complaint.[3] Others have been served or

---

[1] Oct. 28, 2019 Order at 1, n.1.
[2] See generally Proof of Service (DN 18).
[3] See, e.g., Mot. to Dismiss on Behalf of Def. CCS (DN 11); Answer of Defs. Southern Health Partners, Inc.; Roy Washington; and Kayla Frye (DN 17); and Answer of Defs. Madison County Detention Center, Doug Thomas, Nolan Winkler, and Tom Jones (DN 18).

waived service and not yet filed a responsive pleading. Accordingly, Plaintiff respectfully requests the Court discharge its October 28, 2019 show-cause order and allow this case to remain on the docket.

        Respectfully submitted,

        /s/ Michael Barnett
        MICHAEL BARNETT
        Barnett Law PLLC
        271 West Short Street
        Suite 102
        Lexington, Kentucky 40507
        (859) 215-3335
        michael@michaelbarnettlaw.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he filed this Notice of Compliance using the CM/ECF system, which will send a true and correct copy to all counsel of record.

        /s/ Michael Barnett
        MICHAEL BARNETT