# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

**DAWN CRAWFORD, in her capacity**
**As Adminstratrix of the Estate of**
**Marc Crawford**                                          **PLAINTIFF**

**V.**                                         **Civil Action No:**
                                            **5:18-CV-0623-CHB**

**JOHN TILLEY, ET AL.**                                       **DEFENDANTS**

**\*\*\*\*\*\***

## NOTICE OF ENTRY OF APPEARANCE

      Please take NOTICE that Jessica Winters hereby enters her appearance as counsel for the Plaintiff, who has heretofore been represented by Michael Barnett, Barnett Law PLLC. Please serve a copy of all notices, filings, correspondence, or orders upon Mrs. Winters at jessica@thewinterslawgroup.com.

                                                                   Respectfully submitted,
                                                                   /s/Jessica Winters_____
                                                                   Jessica Winters,
                                                                   The Winters Law Group LLC
                                                                   432 S. Broadway, Suite 2B
                                                                   Lexington, Kentucky 40508
                                                                   (859) 619-2134
                                                                   jessica@thewinterslawgroup.com

                                                                  **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2020, a copy of the foregoing Notice of Entry of Appearance was served electronically on all parties of record in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order.

/s/Jessica Winters_____
Jessica Winters,
The Winters Law Group, LLC

**ATTORNEY FOR PLAINTIFF**