UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

**DAWN CRAWFORD, in her capacity**
**As Adminstratrix of the Estate of**
**Marc Crawford**                                                                             **PLAINTIFF**

**V.**                                                                    Civil Action No:
                                                                          5:18-CV-0623-CHB

**JOHN TILLEY, ET AL.**                                                                       **DEFENDANTS**

******

**MOTION SEEKING EXTENSION OF TIME**
**TO RESPOND TO MOTIONS TO DISMISS**

Plaintiff, Dawn Crawford, in her capacity as Adminstratrix of the Estate of Marc Crawford ("Plaintiff"), through counsel and pursuant to LR 7.1, hereby respectfully request the Court to allow Plaintiff an additional 30 days, until March 13, 2020 to respond to the Motions to Dismiss filed by Defendants Correct Care Solutions, LLC (filed on October 23, 2019) [DE 11]; Janice Garth, Kirstie Proctor, and Sheridan Thomas (filed on November 25, 2019) [DE 20]; and James Erwin (filed on January 3, 2020) [DE 21]. In further support of this Motion, Plaintiff state as follows:

Counsel for Plaintiff Michael Barnett filed this action on November 26, 2018. Mr. Barnett thereafter breached many of his professional, legal, and ethical obligations to the Plaintiff when he failed to effectuate timely service upon the Defendants in this action, and furthermore failed to respond in a timely manner to the Motions to Dismiss referenced, supra. Mr. Barnett has not been permitted to withdraw as counsel from this case, and has been

1

admonished by the Court for "filing an action he had no intention of advocating." Undersigned counsel has now entered an appearance in this matter, and will endeavor to ensure the case moves forward in accordance with the applicable Rules of Procedure and further Orders of the Court. Plaintiff requests additional time to respond to the Motions to Dismiss so that undersigned counsel can familiarize herself with the litigation and respond accordingly to the multiple Motions.

## CONCLUSION

Based upon the foregoing, Plaintiff requests that she be given until March 13, 2020 to respond to the Motions to Dismiss, [DE 11; DE 20; and DE 21] filed by Defendants.

Respectfully submitted,
/s/Jessica Winters_____
Jessica Winters,
The Winters Law Group LLC
432 S. Broadway, Suite 2B
Lexington, Kentucky 40508
(859) 619-2134
jessica@thewinterslawgroup.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2020, a copy of the foregoing Motion Seeking Extension of Time To Respond To Motions To Dismiss was served electronically on all parties of record in accordance with the method established under this Court's CM/ECF Administrative Procedures and Standing Order.

/s/Jessica Winters\_\_\_\_\_
Jessica Winters,
The Winters Law Group, LLC

**ATTORNEY FOR PLAINTIFF**