UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| DAWN CRAWFORD, In her Capacity as Administratrix of the Estate of Marc Crawford,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN TILLEY, et al.,<br><br>   Defendants. | Civil Action No. 5:18-CV-623-CHB<br><br>**ORDER GRANTING RENEWED MOTION TO WITHDRAW AS COUNSEL** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Michael Barnett's Renewed Motion to Withdraw as Counsel for Plaintiff [R. 26]. The Court notes that substitute counsel has entered an appearance on behalf of Plaintiff [R. 23]. Having reviewed the Motion, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Michael Barnett's Renewed Motion to Withdraw as Counsel **[R. 26]** is **GRANTED**. Michael Barnett is **WITHDRAWN** as counsel for Plaintiff.

This the 9th day of March, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY