UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

*Electronically Filed*

| | | |
|---|---|---|
| DAWN CRAWFORD, in her capacity as Administratrix of the Estate of Marc Crawford | ) ) ) ) | |
| Plaintiff | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO.<br><br>5:18-cv-0623-CHB |
| JOHN TILLEY, ET AL. | ) ) | |
| Defendants | ) | |

### ORDER

The parties, by counsel, having moved this Honorable Court to amend the Scheduling Order [DR 81], and this Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED, that the Scheduling Order be, and hereby is amended as follows:

    1. (b) (ii)  The parties shall complete all expert discovery no later than October 12, 2022.

Entered this 26th day of April, 2021.



Signed By:
Matthew A. Stinnett
United States Magistrate Judge