# ASSESSMENT OF THE
# LOSS OF EARNINGS OF
# MARC CRAWFORD

**Prepared by**

**Darshak Patel, Ph.D.**

**EconScope Consulting, LLC**
**222 Midland Avenue, Unit 3016**
**Lexington KY 40508**
**(817) 709-8488**

**September 24, 2024**

© 2024 EconScope Consulting LLC
All Rights Reserved

## SUMMARY OF POTENTIAL LOSES

| Category | Lost Earnings Potential | 2024 Present Value |
|---|---|---|
| Past Earnings (2017–2024) | $ 497,785.01 | $ 561,405.62 |
| Future Earnings (2024–2038) | $ 1,225,401.35 | $ 931,859.76 |
| Social Security Benefits (2039–2046) | $ 343,589.35 | $ 174,188.71 |
| 401(k) Benefits (2017–2038) | $ 51,695.59 | $ 44,797.96 |
| **Total Loss** | **$ 2,118,471.30** | **$ 1,712,252.05** |

© 2024 EconScope Consulting LLC
All Rights Reserved

EconScope Consulting, LLC
222 Midland Avenue, Unit 3016
Lexington KY 40508

September 24th, 2024

Jessica Winters - Managing Member
The Winters Law Group, LLC
432 S Broadway Suite 2B - Lexington, KY 40508

Re:    Marc Crawford
Loss of Earnings Analysis

Dear Attorney Jessica Winters:

I have been engaged as an expert in the litigation styled Crawford v. Tilley, et al., 18-cv-623 (E.D. Ky.), to provide an expert opinion as to the lost earnings suffered by Marc Crawford as a result of his death in June 2017. What follows is my report. I am being compensated at the rate of $500 an hour. In the past 4 years, I have testified as an expert in a Zone Change proceeding before the Fayette County Urban County Government, relating to Application PLN-MAR-23-00012.

I have been informed that Mr. Crawford had Stage IV lung cancer at the time of his death. This has no impact on the loss of earnings calculation, which is premised upon an assumption of his continued ability to work, and is broken down by year at Table 1. I based my calculations on the following key information provided:

- **Last Pay Stub** (for the period May 15, 2017, to May 28, 2017).
- **A copy of the complaint filed**

Using this data and other sources, I arrived at a valuation of Mr. Crawford's loss of earnings. This report summarizes the rationale and methodology used in determining the financial impact caused by Mr. Crawford's untimely death.

## Background

At the time of his passing, Mr. Crawford was 45 years old and employed full-time by Amteck, where he had worked for nearly 20 years. He had recently been promoted to superintendent and was earning $28.69 per hour, equivalent to $57,380 annually, plus benefits.

© 2024 EconScope Consulting LLC
All Rights Reserved

## Methodology

The analysis presented in this report relies on tools and methodologies commonly used in economics to calculate lost earnings. These include projections of past and future earnings based on salary growth, inflation rates, and discount rates. In forming my opinions, I considered factors such as life expectancy, wage growth, and the present value of future earnings.

According to the U.S. Centers for Disease Control and Prevention (CDC), the average life expectancy for a white male is approximately 75 years. This analysis assumes that Mr. Crawford would have worked until age 67, at which point he would have begun receiving Social Security benefits. His loss of income and benefits was calculated based on both his past and projected future earnings. The following assumptions were applied:

- **Inflation Rate for Salary Growth:** The current inflation rate of 2.53% was used for projecting salary increases. While the average rate from June 2017 to August 2014 was 3.53%, this analysis adopts the more recent rate to reflect current economic conditions and provide a conservative estimate (source: Bureau of Labor Statistics).
- **Discount Rate:** A discount rate of 3.733% was applied to adjust for the present value of future earnings, based on the Government Note Interest Rate as of September 24, 2024 (source: *Wall Street Journal*).

## Earnings Loss Calculations:

### 1. Past Income Loss from 2017–2024

Mr. Crawford's 2017 salary was $59,675.20, which was prorated for the period from May 29, 2017, to December 31, 2017. From 2018 onward, his salary was projected with a 3.53% annual growth rate, adjusting for inflation. The projected earnings for each year were brought to 2024 values using present value adjustments using the discount rate. His 2024 earnings were prorated until the report date September 24, 2024.

- **Total projected past earnings (2017-2024):** $497,785.01

- **Total future value adjusted to 2024 dollars:** $561,405.62

### 2. Future Income Loss from 2024–2038:

For 2024, Mr. Crawford's salary was prorated for the remainder of the year (from September 24 to December 31) based on an annual salary of $73,792. From 2025 to 2037, his salary was projected with a 3.53% annual inflation adjusted increase. For 2038, the salary was prorated until the retirement date December 21, 2038.

- **Total projected future earnings (2024–2038):** $1,225,401.35

- **Total present value in 2024 dollars:** $931,859.76

© 2024 EconScope Consulting LLC
All Rights Reserved

3. **Loss of Social Security Benefits (2039-2046):**

The plaintiff's projected monthly Social Security benefit was calculated using the Social Security Quick Calculator, assuming continued contributions throughout their working life. The estimated monthly benefit is **$3,274**, which is projected to the plaintiff's life expectancy.

- **Total projected Social Security benefits (2039–2046): $343,589.35**

- **Total present value in 2024 dollars: $174,188.71**

4. **Projected Lost Employer 401(k) Benefits (2017–2038):**

The employer contributed 3% of the employee's 401(k) contributions. Using this information, projected benefits from the 401(k) plan from 2017 to 2038 were calculated, taking into account both the inflation and discount rate.

- **Total projected 401(k) benefits (2017–2038): $51,695.59**

- **Total present value in 2024 dollars: $44,797.96**

**Taxes, Potential Loss in Investment and Loss of Benefits**

It is important to note that the estimated lost income does not account for taxes, which Mr. Crawford would still be liable for based on any recovered income. Additionally, this analysis does not include potential investment gains Mr. Crawford could have accrued if he had invested a portion of his income.

The 401(k) contributions from both the employee and employer could have grown significantly over time, but the exact investment returns are not possible to determine without specific data on how those funds would have been invested.

It is important to note that in addition to the calculated loss of earnings, the plaintiff also lost access to several benefits that are not included in this financial projection. While these benefits carry significant value, they are difficult to quantify precisely and are not reflected in the final figures of this report.

© 2024 EconScope Consulting LLC
All Rights Reserved

## Summary and Conclusions

Based on the above projections and calculations, the total estimated loss of earnings for Mr. Crawford from 2017 to 2046 (including past and future earnings, Social Security benefits, and 401(k) contributions) is:

| Category | Lost Earnings Potential | | 2024 Present Value | |
|---|---|---|---|---|
| Past Earnings (2017–2024) | $ | 497,785.01 | $ | 561,405.62 |
| Future Earnings (2024–2038) | $ | 1,225,401.35 | $ | 931,859.76 |
| Social Security Benefits (2039–2046) | $ | 343,589.35 | $ | 174,188.71 |
| 401(k) Benefits (2017–2038) | $ | 51,695.59 | $ | 44,797.96 |
| **Total Loss** | **$** | **2,118,471.30** | **$** | **1,712,252.05** |

Please note that this report is based upon the information available to me at the time. Should additional information become available, it may be necessary to revise the opinions and conclusions elucidated herein.

If I can answer any questions, provide additional information, or be of further service in this or any other matters, please do not hesitate to call.

Sincerely,

Darshak Patel, Ph.D

© 2024 EconScope Consulting LLC
All Rights Reserved

# REFERENCES

1. *United States Life Tables, 2018*, Volume 69 No. 12, Centers for Disease Control and Prevention, https://www.cdc.gov/nchs/data/nvsr/nvsr72/nvsr72-12.pdf

2. *Wall Street Journal Online*, www.wsj.com (September 24, 2024)

3. United States Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data/home.htm

© 2024 EconScope Consulting LLC
All Rights Reserved

**Appendix**
**Table 1: Summary of the Potential Loss in Earnings**

| Year | Past Earnings (2017–2024) | | Future Earnings (2024–2038) | | Social Security Benefits (2039–2046) | | 401(k) Benefit (2017–2038) | |
|---|---|---|---|---|---|---|---|---|
| | Lost Earnings Potential | 2024 Present Value | Lost Earnings Potential | 2024 Present Value | Lost Earnings Potential | 2024 Present Value | Lost Earnings Potential | 2024 Present Value |
| 2017 | $ 35,576.60 | $ 45,581.49 | | | | | $ 1,067.3 | $ 1,379.44 |
| 2018 | $ 61,184.98 | $ 76,233.61 | | | | | $ 1,835.5 | $ 2,287.01 |
| 2019 | $ 62,732.96 | $ 75,349.52 | | | | | $ 1,881.9 | $ 2,260.49 |
| 2020 | $ 64,320.11 | $ 74,475.69 | | | | | $ 1,929.6 | $ 2,234.27 |
| 2021 | $ 65,947.41 | $ 73,611.98 | | | | | $ 1,978.4 | $ 2,208.36 |
| 2022 | $ 67,615.87 | $ 72,758.30 | | | | | $ 2,028.4 | $ 2,182.75 |
| 2023 | $ 69,326.56 | $ 71,914.52 | | | | | $ 2,079.8 | $ 2,157.44 |
| 2024 | $ 71,080.52 | $ 71,080.52 | $ 19,084.63 | $ 19,084.63 | | | $ 2,704.9 | $ 2,704.95 |
| 2025 | | | $ 72,878.86 | $ 70,256.19 | | | $ 2,186.3 | $ 2,107.69 |
| 2026 | | | $ 74,722.69 | $ 69,441.42 | | | $ 2,241.6 | $ 2,083.24 |
| 2027 | | | $ 76,613.17 | $ 68,636.11 | | | $ 2,298.4 | $ 2,059.08 |
| 2028 | | | $ 78,551.49 | $ 67,840.13 | | | $ 2,356.5 | $ 2,035.20 |
| 2029 | | | $ 80,538.84 | $ 67,053.38 | | | $ 2,416.1 | $ 2,011.60 |
| 2030 | | | $ 82,576.47 | $ 66,275.76 | | | $ 2,477.2 | $ 1,988.27 |
| 2031 | | | $ 84,665.66 | $ 65,507.15 | | | $ 2,539.9 | $ 1,965.21 |
| 2032 | | | $ 86,807.70 | $ 64,747.46 | | | $ 2,604.2 | $ 1,942.42 |
| 2033 | | | $ 89,003.93 | $ 63,996.58 | | | $ 2,670.1. | $ 1,919.90 |
| 2034 | | | $ 91,255.73 | $ 63,254.41 | | | $ 2,737.6 | $ 1,897.63 |
| 2035 | | | $ 93,564.50 | $ 62,520.84 | | | $ 2,806.9 | $ 1,875.63 |
| 2036 | | | $ 95,931.69 | $ 61,795.78 | | | $ 2,877.9 | $ 1,853.87 |
| 2037 | | | $ 98,358.76 | $ 61,079.13 | | | $ 2,950.7 | $ 1,832.37 |
| 2038 | | | $ 100,847.23 | $ 60,370.79 | | | $ 3,025.4 | $ 1,811.12 |
| 2039 | | | | | $ 39,288.00 | $ 22,672.84 | | |
| 2040 | | | | | $ 40,281.99 | $ 22,409.90 | | |
| 2041 | | | | | $ 41,301.12 | $ 22,150.01 | | |
| 2042 | | | | | $ 42,346.04 | $ 21,893.13 | | |
| 2043 | | | | | $ 43,417.39 | $ 21,639.24 | | |
| 2044 | | | | | $ 44,515.85 | $ 21,388.28 | | |
| 2045 | | | | | $ 45,642.10 | $ 21,140.24 | | |
| 2046 | | | | | $ 46,796.85 | $ 20,895.08 | | |
| Total Loss | $ 497,785.01 | $ 561,405.62 | $ 1,225,401.35 | $ 931,859.76 | $ 343,589.35 | $ 174,188.71 | $ 51,695.5 | $ 44,797.96 |

© 2024 EconScope Consulting LLC
All Rights Reserved

# Darshak Patel, PhD

**Office: (859) 323 3776 | Cell: (817) 709 8488 | E-mail: dpate3@uky.edu**

**Academic Positions:**
**University of Kentucky**
**Department of Economics (College of Business and Economics)**

| | |
|---|---|
| 2016-Present | Director of Undergraduate Studies, Economics |
| 2017-Present | Senior Lecturer of Economics |
| 2019-Present | Associate Director of Institute for the Study of Free Enterprise |
| 2015-2017 | Lecturer of Economics |

**University of Tennessee, Martin**
**Department of Accounting, Finance, Economics and Political Science (College of Business Global Affairs)**

| | |
|---|---|
| 2012-2015 | Assistant Professor of Economics |
| 2014-2015 | Manager, The Ned McWherter Institute |

**Roanoke College**
**Department of Business and Economics**

| | |
|---|---|
| 2011-2012 | Visiting Assistant Professor of Economics |

**Education:**

| | |
|---|---|
| 2011 | Ph.D., Economics, University of Kentucky |
| 2008 | M.S., Economics, University of Kentucky |
| 2007 | M.A., Economics, University of Texas at Arlington |
| 2004 | B.S., Economics, University of Texas at Arlington |

**EconScope Consulting LLC:**

Provide expert economic analysis in both legal and business settings.

**Founder/Organizer of The Econ Games: Data Competition**

Designed and managed experiential learning events aimed at connecting students with real-world opportunities. Focused on helping undergraduate students develop data analytics and research skills to solve practical problems.

**Collaborations:** 84.51, Federal Reserve Bank of Cleveland, Fischer Homes, MiddleGround Capital, Kentucky Realtors

2017-Present

**One Year MBA Student Managerial Economics Projects with Local Companies**

| | |
|---|---|
| | Successfully partnered with local businesses to provide students with hands-on project opportunities. Notable collaborations include: |
| | • **Ethereal Brewing** – Optimizing pricing strategy, expansion of canning sales, evaluating the market and business viability in to underserved markets. |
| | • **Lexington Sporting Club** – Developing a comprehensive concession menu and pricing strategy. |
| 2023-Present | • **West 6th Brewing** – Expanding wholesale distribution, evaluating the Northern Kentucky and Cincinnati markets, optimizing the management structure for future expansion |

**Professional Development:**

| | |
|---|---|
| Spring 2023 | Florida International University Collaborative Online International Learning (COIL) Virtual Exchange Leadership Institute (6-week session) |

**Peer Reviewed Articles:**

1. Patel, Darshak, Abdullah Al-Bahrani, & Hoyt, Gail (2024). Facilitating Authentic Practice and Content Acquisition through Competition: The Econ Games. *American Economist. Forthcoming.*

2. Hoyt, Gail, Roisin O'Sullivan & Darshak Patel (2024). Advice to New Economic Educators from the Profession: If You Only Had Five Minutes. *Journal of Economics Education.* Vol 55 (1).

3. Patel, Darshak & Justin Rous (2023). Emoticons as Performance Feedback for College Students: A Large-Classroom Field Experiment. *AEA Papers And Proceedings.* Vol 113, pp. 503-07.

4. Patel, Darshak (2022). Strategies to Stay Relevant Outside the Classroom. FOCUS Introduction. A Guide for Non-Tenure Track Faculty. *Committee on the Status of Women in the Economics Profession Newsletter.* Issue II, pp 8-9.

5. Wooten, Jadrian, Abdullah Al-Bahrani, Kim Holder, & Darshak Patel (2022) "The Role of Relevance in Economics Education: A Survey". *Journal for Economic Educators.* 21(1), pp.11-31.

6. AL-Bahrani, Abdullah, Darshak Patel & Jamie Weathers (2020). "Can Financial Literacy Education Reduce the Use of Medicaid and SNAP?" *Review of Financial Services.* 20(4), pp303-314.

7. Al-Bahrani, Abdullah, Whitney Douglas-Buser & Darshak Patel (2020). "Early Causes of Financial Disquiet and the Gender Gap in Financial Literacy: Evidence from College Students in the Southeastern United States" *Journal of Family and Economic Issues,* 1-14

8. AL-Bahrani, Abdullah, Jamie Weathers & Darshak Patel (2019). "Racial Differences in the Returns to Financial Literacy Education" *The Journal of Consumer Affairs,* 53 (2), 572-599.

9. AL-Bahrani, Abdullah, Whitney Douglas-Buser & Darshak Patel (2018). "Does Math Confidence Matter? How Student Perceptions Create Barriers To Success In Economics Classes" *Journal of Economics and Finance Education.* 17 (1), 61-77.

10. Al-bahrani, Abdullah, Darshak Patel & Brandon Sheridan (2017). "Evaluating Twitter and its Impact on Student Learning in Principles of Economics Courses" *Journal of Economic Education,* 48(4), 243-253.

11. Al-bahrani, Abdullah, Darshak Patel & Brandon Sheridan (2016). "Have Economic Educators Embraced Social Media as a Teaching Tool?" *Journal of Economics Education*, 48 (1), 1-6.

*12.* Al-bahrani, Abdullah, Kim Holder, Darshak Patel & Brandon Sheridan (2016). "The Great Digital Divide: Using Television to Teach Economics" *Journal of Economics and Economic Education Research.* 17 (2), 105-111.

*13.* Al-Bahrani, Abdullah, Chelsea Dowell & Darshak Patel (2016). "Video Scrapbooking: An Art Form Revived in the Economics Curriculum" *Journal of Economics and Economic Education Research.* 17 (1), 7-15.

14. Al-Bahrani, Abdullah, Kim Holder, Darshak Patel & Jadrian Wooten (2016). "Art of Econ: An Interdisciplinary Approach for Differentiated Assessment" *Journal of Economics and Finance Education,* 15 (2), 1-16.

15. Patel, Darshak & James Saunoris (2016). "Using FRED Data Series to Improve Learning Outcomes in Economic Courses: From Student to Practitioner," *Journal of Economics and Finance Education,* 15 (2), 37-49

16. Al-Bahrani, Abdullah, Kim Holder, Rebecca L. Moryl, Patrick and Ryan Murphy (2015). "Putting Yourself in the Picture: Using Student-Generated Photos to Enhance Introductory Economics Courses" *International Review of Economics Education, 22, 16-22.*

17. Al-bahrani, Abdullah, Darshak Patel & Brandon Sheridan (2015). "Engaging Students Using Social Media: The Students Perspective" *International Review of Economics Education*, 19, 36-50.

18. Al-bahrani, Abdullah & Darshak Patel (2015). "Incorporating Twitter, Instagram, and Facebook in Economics Classrooms," *Journal of Economic Education.* 46 (1), 56-67.

19. Al-bahrani, Abdullah & Darshak Patel (2015). "Using ESPN 30 for 30 to Teach Principles of Economics," *Southern Economic Journal,* 81 (3), 829-842.

20. Patel, Darshak and Michael R. Ward (2011). "Using Patent Citation Patterns to Infer Innovation Market Competition," *Research Policy.* 40(6), 886–894.

## Book Chapter:

1. Patel, Darshak & Abdullah Al-Bahrani (2021). "Using ESPN 30 for 30 to Teach Economics – Revisited." *Teaching Sports Economics and Teaching Economics Through Sports.* Forthcoming

2. Patel, Darshak, Abdullah Al-Bahrani & Brandon Sheridan (2021). "Social Media in Principle Level Economics Courses" *Teaching Principles of Microeconomics!.* Elgar Guides to Teaching series. Forthcoming

3. Patel, Darshak (2019). "Assignments to Engage Students in Economics Study Abroad Programs" *Perspectives on Economic Education and Teaching.* Ed. 1, pp. 53-62. Springer, Cham.

## Other Publications:

1. Patel, Darshak & Christopher Jepsen (2018). "Hazard Model Analysis of Community College Outcomes," Working Papers 201823, Geary Institute, University College Dublin

2. The Economic Impact of the Proposed University of Tennessee Martin Shooting Complex, *(with Glenna Sumner) 2013*

3. Kentucky Community & Technical College System Project Evaluation of the Kentuckian Works Program *2010*

**Working Papers:**

1. "The Impact of Expected Peer Ability on Learning Behaviors and Performance in Introductory Economics Courses" with Alexander McGlothin and Justin Roush

2. "Students' Grade Expectations in Principles of Economics Courses: Differences across Private Schools, Community Colleges, and Public Universities" with Harris, David, Jill Hayter & Matthew Rousu

3. "Gatekeepers and the Double Marginalization Rule in Online Markets" with Abdullah Al-bahrani.

4. "Understanding Post-Secondary Outcomes Using a Risk-Index" with Brandy Carmell and Erik Markin

5. "Making the Leap: Timing Analysis of Transfers from Two Year Colleges to Four Year Colleges"

6. "Time is Money: An Exploratory Analysis of the Relationship between Student Earnings and Postsecondary Time to Graduation"

7. "Where to Begin Post-Secondary Schooling? Community-Colleges or Four-Year Colleges: Evidence from Administrative Data from Kentucky"

8. "Learning from Patent Citations," with Michael R. Ward

**Awards**

| | |
|---|---|
| 2022 | Southern Economic Association Kenneth G. Elzinga Distinguished Teaching Award |
| 2021 | University of Kentucky Outstanding Teaching Award |
| 2021 | University of Kentucky Teaching Innovation Institute, Center for the Enhancement of Learning and Teaching |
| 2021 | NAEE and NEFE Best Financial Literacy Research Award |
| 2020 | 14th most impactful paper from analysis of the first 50 years of the Journal of Economic Education publications. |
| 2020 | Outstanding Professor award from University of Kentucky Fraternity & Sorority Life |
| 2020 | University of Kentucky Alumni Association Great Teacher Award |
| 2019 | University of Kentucky Gatton College of Business and Economics *Faculty of the Year* |
| 2019 | University of Kentucky Gatton College of Business and Economics *Excellence in Teaching Award* |
| 2018 | University of Kentucky Economics Department Teaching Award |
| 2016, 2017, 2020 | A Teacher Who Made a Difference, College of Education |
| 2016 | University of Kentucky Humana Teaching Award |
| 2014 | Excellence in Undergraduate Teaching, College of Business and Global Affairs, University of Tennessee, Martin |

**Teaching Experience:**

**1) University Of Kentucky:**
Culture of Conversation on Invisible Issues (1 Section)
Sports Economics (5 sections)
MBA: Managerial Economics for the HealthCare Tract (4 sections)
Introduction to the Economics of Business (1 section)
Intermediate Microeconomics (6 sections)
Principles of Microeconomics (16 Large sections & 3 Small sections)
Contemporary Economic Issues (2 Sections)
Study Abroad: Economics of the Germany Hospitality Sector (1 section), Global Economy in Scotland and Ireland (1 section), International Economics (Australia), Economics of the Wine Industry in Spain and Portugal (1 section), Global Economy in Greece (1 section), Economic Development in Kenya (1 section)

**2) University of Tennessee, Martin:**
Principles of Microeconomics (7 sections – Traditional, Online and Hybrid)
Principles of Microeconomics (6 sections – Traditional and Online)
International Economics (2 sections)
Intermediate Economics (2 sections)
Special Topics in Business Administration MBA Independent Study

**3) Roanoke College:**
Principles of Microeconomics (5 sections)
Competition, Monopoly & Public Policy (1 section)

**Experiential Learning**
1. Organizer of Econ Games, March 2019, March 2020, March 2021, March 2022, March 2023
2. Summer Data Camp, May 2019, July 2021, June 2022
3. Summer Undergraduate Research Consortium, Summer 2022
4. Founder and Organizer of Stock Pitch Competition – 2018
5. Provided R Programming and Tableau classes through Economics Society – 2018, 2019, 2020, 2022

**Independent Student Research**
1. Molly Fuller, Celia Gonzalez and Edison Shipley, Economics of Entrepreneurship (Summer & Fall 2022)
2. Stephanie Smith, Economics of Education (Spring 2019)
3. Andrew Rogers, AP High School, Economic Impact of Hosting World Cup (Spring 2019)
4. Eric Bingham, Sports Economics (Spring 2019)

**Grants Received**
1. "Econ Games" MiddleGround Capital, March 2023, Amount $15,000
2. "Econ Games" Fischer Homes, March 2022, Amount $10,000
3. "The Impact of Relative Performance Feedback and Scrutiny on Student Performance in Large Enrollment University Classes" Institute for the Study of Free Enterprise, University of Kentucky; Dates: 06/20 – 08/20; Amount $10,000
4. "3rd Annual EconGames" Institute of Study of Free Enterprise, University of Kentucky; Dates: 03/27/20; Amount $5,000
5. "3rd Annual EconGames" Charles Koch Foundation; Dates: 03/27/20; Amount $22,000
6. "3rd Annual EconGames" Stata Corporation; Dates: 03/27/20; Amount $2,000

7. "2nd Annual EconGames" Teaching Enhancement and Curriculum Development Mini-Grants. Granting Agency: Gatton College of Business and Economics, University of Kentucky; Dates: 03/29/19; Amount $2,000
8. "Can Financial Literacy Predict the Participation and Attachment to Government Assistance Programs?" Institute for the Study of Free Enterprise, University of Kentucky; Dates: 06/18 – 05/19; Amount $15,000
9. "International Summer Research Grant Program" Gatton College of Business and Economics, University of Kentucky; Summer 2018; Amount $4000
10. "Stock Pitch Competition" Teaching Enhancement and Curriculum Development Mini-Grants. Granting Agency: Gatton College of Business and Economics, University of Kentucky; Spring 2018; Amount $1,500
11. "International Summer Research Grant Program" Gatton College of Business and Economics, University of Kentucky; Summer 2017; Amount $4000
12. "The Impact of Relative Performance Feedback and Scrutiny on Student Performance in Large Enrollment University Classes" Teaching Enhancement and Curriculum Development Mini-Grants. Granting Agency: Gatton College of Business and Economics, University of Kentucky; Dates: 01/17 – 05/17; Amount $1,000
13. "Faculty Learning Community on Teaching Large Classes" CELT, the Chellgren Center, and the College of Arts and Sciences, University of Kentucky: Dates: 09/2016-11/2016 Amount $10,000
14. "Evaluating Social Media and its impact on Engagement, Assessment and Evaluation in Economic Courses" Project RITE (Research of Instructional Technology in Education). Granting Agency: Office of Information Technology, University of Tennessee, Knoxville; Dates: 11/14 – 09/15; Amount $3,000
15. College of Business and Global Affairs New Faculty Development Grant; UTM; Dates: 2014-2015; Amount $2,000
16. "Using ESPN30for30 to Teach Economics" Granting Agency: UTM Technology Grant; Dates: 05/14-05/14; Amount $1,000
17. "Time is Money: An Exploratory Analysis of the Relationship between Student Earnings and Postsecondary Time to Graduation" Granting Agency: UTM Research Grant; Date: 07/13-07/14; Amount $2,000
18. "Time is Money: An Exploratory Analysis of the Relationship between Student Earnings and Postsecondary Time to Graduation" Granting Agency: UTM Technology Grant; Dates: 07/13-07/14; Amount $1,000
19. "Learning from Patent Citations." Granting Agency: Mercatus Center at George Mason University; Dates: 06/13-06/13; Amount: $4,500
20. "Empirical Tests for Creative Destruction in the Pharmaceutical Industry," Granting Agency: Tilburg Law and Economics Center (TILEC); Dates: 4/08-10/08; Amount: 15,000 Euro

## CONFERENCE PRESENTATIONS

1. "Facilitating Authentic Practice and Content Acquisition through Competition: The Econ Games" Allied Social Science Associations Meetings, San Antonio, TX January 2024

2. "Tips on Engaging Students in an Economics Classroom" National Economics of Teaching Association, Charlotte, NC, November 2023

3. "The Econ Games: Promoting Problem Solving, Fostering Inclusivity, and Providing Hands-on Experience" 20th Annual Economics Teaching Workshop, University of North Carolina Wilmington, Wilmington, NC, November 2023

4. "The Econ Games: Promoting Problem Solving, Fostering Inclusivity, and Providing Hands-on Experience" University of Exeter, Remote, September 2023

5. "Authentic Assessments and Best Advice for New Instructors of Economics", Università della Svizzera italiana, February 2023

6. "Diversity, Equity, and Inclusion among Us: How We Are Making a Difference" Southern Economic Association, Fort Lauderdale TX, November 2022

7. "Advice to New Economic Educators from the Profession: If You Only Had Five Minutes" American Economic Association & Committee on Economic Education. Remote. January 2022

8. "Strategies to Stay Relevant Outside the Classroom" Southern Economic Association, Houston TX, November 2021

9. Discussant and Chair of two sessions at American Economic Association - Conference on Teaching and Research in Economic Education, Virtual, 2021

10. Panel Participant to discuss careers in Economics Education, #EconTeachching Seminar Series, Virtual, Sponsored by Centre for Teaching and Learning Economics (CTaLE), UCL, December 2020

11. Panel Participant on "Creating Engaging Large-Enrollment Classroom Experiences: Remotely or (again someday) in Person", 18th Annual St. Louis Fed Professors Conference Teaching Economics Online: A Virtual Conference, October 2020

12. Panel Participant on "Creating Engaging Remote Classroom Experience", Kentucky Economic Association, October 2020

13. "Tips on Engaging Students in an Economics Classroom" National Economics of Teaching Association, Virtual October 2020

14. Panel Chair on Economics in the Time of Covid-19, Lexington KY June 2020

15. Panel Organizer on Social Media & Blogging at American Economic Association & Committee on Economic Education. San Diego, CA January 2020

16. "EconGames" University of Kentucky Teaching Brownbag, Lexington KY March 2020

17. "Can Financial Literacy Predict the Participation and Attachment to Government Assistance Programs?" Institute for the Study of Free Enterprise Research Day, University of Kentucky, Lexington, KY September 2019

18. "Implementing Popular and Social Media for Student Engagement" University of North Carolina Wilmington Teaching Workshop, Wilmington, NC October 2018

19. "Travel the World – Patel's Edition" The Association of Private Enterprise Education, Las Vegas, NV April 2018

20. "The Impact of Relative Performance Feedback and Social Cues on Agent's Effort in Principal-Agent Settings" University of Kentucky Teaching Brownbag, Lexington KY February 2018

21. "Dive In! Tips for Teaching Economics through "Shark Tank" The Association of Private Enterprise Education, Maui, HI April 2017

22. "Does "Mathiness" Matter? How Student Perceptions Create Barriers to Economics" Southern Economic Association, Washington, DC November 2016

23. "Does "Mathiness" Matter? How Student Perceptions Create Barriers to Economics" Kentucky Economic Association, Lexington KY October 2016

24. "Does "Mathiness" Matter? How Student Perceptions Create Barriers to Economics" Conference on Teaching and Research on Economic Education, Atlanta GA June 2016

25. "The Great Digital Divide: Using Television to Teach Economics" Conference on Teaching and Research on Economic Education, Atlanta GA June 2016

26. "Video Scrapbooking: An Art Form Revived in the Economics Curriculum" Conference on Teaching and Research on Economic Education, Atlanta GA June 2016

27. "Tips & Tricks for Launching Student Projects", The Association of Private Enterprise Education, Las Vegas, NV April 2016

28. "The Greatest Hits of Rockonomix - Discovering Pop Econ For Your Classroom" University of Kentucky Economics Teaching Workshop, Lexington Kentucky April 2016

29. "Video Scrapbooking: An Art Form Revived in the Economics Curriculum" The Association of Private Enterprise Education, Las Vegas, NV April 2016

30. "Art of Econ: An Interdisciplinary Approach for Differentiated Assessment" The Association of Private Enterprise Education, Las Vegas, NV April 2016

31. "Dive In!  Tips for Teaching Economics through "Shark Tank" Southern Economic Association, New Orleans, LA November 2015

32. "Have Economic Educators Embraced Social Media as a Teaching Tool?" Southern Economic Association, New Orleans, LA November 2015

33. "Art of Econ: An Interdisciplinary Approach for Differentiated Assessment" Southern Economic Association, New Orleans, LA November 2015

34. "Video Scrapbooking: An Art Form Revived in the Economics Curriculum" Southern Economic Association, New Orleans, LA November 2015

35. "Dive In!  Tips for Teaching Economics through "Shark Tank" EconEd Conference, San Antonio, TX October 2015

36. "Evaluating Social Media and its impact on Engagement, Assessment and Evaluation in Economic Courses" Kentucky Economic Association, Frankfort, KY October 2015

37. "Evaluating Social Media and its impact on Engagement, Assessment and Evaluation in Economic Courses" Conference on Teaching and Research on Economic Education, Minneapolis MN May 2015

38. "Using Social Media in the Economics Classroom: The Students' Perspective" Conference on Teaching and Research on Economic Education, Minneapolis MN May 2015

39. "#TweetLikeAnEconomist: Tips on Using Social Media in the Economics Classroom" University of Kentucky Economics Teaching Workshop, Lexington Kentucky April 2015

40. "Dive In!  Tips for Teaching Economics through "Shark Tank" Allied Social Science Associations Meetings Poster Session, Boston, MA January 2015

41. "Using Social Media in the Economics Classroom: The Students' Perspective" Conference on Teaching and Research on Economic Education, Washington D.C May 2014

42. "An Innovative Approach: Using ESPN 30 for 30 To Teach Principles of Microeconomics" EconEd Conference, San Antonio, TX October 2015

43. "An Innovative Approach: Using ESPN 30 for 30 To Teach Principles of Microeconomics" Professors Conference Topics and Tools for the College Classroom, Federal Reserve Bank of Saint Louis, Saint Louis, MO November 2014

44. "Panel Discussant on Using Technology in Classrooms" Professors Conference Topics and Tools for the College Classroom, Federal Reserve Bank of Saint Louis, Saint Louis, MO November 2014

45. "An Innovative Approach: Using ESPN 30 for 30 To Teach Principles of Microeconomics" Conference on Teaching and Research on Economic Education, Washington D.C May 2014

46. "An Innovative Approach: Using ESPN 30 for 30 To Teach Principles of Microeconomics" Southern Economic Association, Tampa, FL November 2013

47. "An Innovative Approach: Using ESPN 30 for 30 To Teach Principles of Microeconomics" Kentucky Economic Association, Frankfort, KY October 2013

48. "Making the Leap: Timing Analysis of Transfers from Two Year Colleges to Four Year Colleges", Midwest Economics Association Annual Meeting, Columbus, OH March 2013

49. "An Exploratory Analysis of the Relationship between Student Earnings and Postsecondary Retention" Southern Economic Association Meetings, Washington, DC November 2011

**50.** "An Exploratory Analysis of the Relationship between Student Earnings and Postsecondary Retention" Association for Public Policy Analysis and Management, Boston, MA November 2010

51. "Making the Leap: Timing Analysis of Transfers from Two Year Colleges to Four Year Colleges", Southern Economic Association Meetings, Atlanta, GA November 2010

52. "Making the Leap: Timing Analysis of Transfers from Two Year Colleges to Four Year Colleges", Kentucky Economic Association, Frankfort, KY October 2010

53. "Making the Leap: Timing Analysis of Transfers from Two Year Colleges to Four Year Colleges", University of Kentucky Economics Department Seminar, Lexington, KY October 2010

*54.* "Empirical Tests for Creative Destruction in the Pharmaceutical Industry" Workshop on Innovation, Intellectual Property and Competition Policy (IIPC), Tilburg Law and Economics Center (TILEC), Tilburg, Netherlands, December 2008

## Invited Presentations and Lectures (Non-Conference)

| | |
|---|---|
| 2023 | University College London, Università della Svizzera italiana, University of Exeter |
| 2022 | Miami University, University College London, Business and Economics Living Learning Program, University of Kentucky, Chattanooga State Community College, Chabot College, City College of San Francisco, Central Washington University, Navarro College, |
| 2021 | Business and Economics Living Learning Program, University of Kentucky, Stony Brook University, University of Iowa, Ohio State University - Newark |

| | |
|---|---|
| 2020 | Mission College, West Valley College, University of Wisconsin, Milwaukee, Bethel University, Midwest College, Stony Brook College, University of Kentucky, Business and Economics Living Learning Program |
| 2019 | University of Kentucky, Indiana University, Bloomington, Susquehanna University, Liberty University, Business and Economics Living Learning Program |
| 2018 | Business and Economics Living Learning Program, University of North Carolina Wilmington, University of Central Florida, Delgado Community College |
| 2017 | Business and Economics Living Learning Program, University of Kentucky |
| 2016 | Business and Economics Living Learning Program, University of Kentucky, University of Tennessee, Martin, |
| 2015-Present | Graduate Student Teacher Training |

## Teaching Workshops and Faculty Development

| | |
|---|---|
| 2024 | Allied Social Science Associations Meetings, |
| 2023 | National Economics of Teaching Association, University of North Carolina Wilmington Teaching Workshop, Southern Economics Association |
| 2022 | Allied Social Science Associations Meetings, #EconTEAching speaker series, #TeachECONference, National Economics of Teaching Association |
| 2021 | Southern Economic Association, Kentucky Economic Association, American Economic Association - CTREE, #EconTEAching, #TeachECONference |
| 2020 | National Economics of Teaching Association, Kentucky Economics Association, Virtual, EconEd Conference, Gatton College of Business and Economics Brown Bag Teaching Series, #EconTEAching speaker series, #TeachECONference |
| 2019 | National Economics of Teaching Association, University of Kentucky Online Course Development "Summer Camp" - Center for the Enhancement of Learning and Teaching, University of Kentucky 8-Week Online Initiative – Provost Office of Teaching, Learning, and Academic Innovation, Institute for the Study of Free Enterprise Research Day, University of Kentucky Teaching Workshop, Teaching for Equity: Who Are Our Students? Symposium, Eastern Economics Association, Business Statistics & Analytics Success Summit, Gatton College of Business and Economics Brown Bag Teaching Series |
| 2018 | National Economics of Teaching Association, University of North Carolina Wilmington Teaching Workshop, EconEd Conference, The Association of Private Enterprise Education, University of Kentucky Teaching Workshop, Institute for the Study of Free Enterprise Conference, Conversation on Inclusion, Gatton College of Business and Economics Brown Bag Teaching Series |
| 2017 | National Economics of Teaching Association, EconEd Conference, Kentucky Economic Association, American Economic Association - |

| | |
|---|---|
| | Conference on Teaching and Research in Economic Education, The Association of Private Enterprise Education, University of Kentucky Teaching Workshop, Academy of Economics and Finance Teacher Training Program, Gatton College of Business and Economics Brown Bag Teaching Series |
| 2016 | Southern Economic Association Meetings, National Economics of Teaching Association, Kentucky Economic Association, American Economic Association - Conference on Teaching and Research in Economic Education, The Association of Private Enterprise Education, University of Kentucky Teaching Workshop |
| 2015 | Southern Economic Association Meetings, National Economics of Teaching Association, Kentucky Economic Association, EconEd Conference, American Economic Association - Conference on Teaching and Research in Economic Education, University of Kentucky Teaching Workshop, Allied Social Science Associations, Meetings, |
| 2014 | Annual Professors Conference – Topics and Tools for the College Classroom, Federal Reserve Bank of Saint Louis, American Economic Association - Conference on Teaching and Research in Economic Education, University of Kentucky Teaching Workshop, Academy of Economics and Finance Teacher Training Program, |
| 2013 | Southern Economic Association Meetings, Annual Professors Conference – Topics and Tools for the College Classroom, Federal Reserve Bank of Saint Louis, Midwest Economics Association Annual Meeting, American Economic Association - Conference on Teaching and Research in Economic Education, University of Kentucky Teaching Workshop, "How to Teach Online" Instructional Technology Center, University of Kentucky Teaching Workshop, Lily Conference on College and University Teaching, Allied Social Science Associations Meetings, |
| 2009-2012 | Southern Economic Association Meetings, Association for Public Policy Analysis and Management |

## Professional Service

**Advisory Board for** Journal of Economics Teaching (2016, 2017, 2018, 2019), Kentucky Economics Association (2015, 2016, 2017, 2018), Macmillan Publishing (2018, 2019), Cengage Publishing (2017, 2018, 2019, 2020), Federal Reserve Bank of Cleveland (2022)

**Organizer for** University of Kentucky Economics Teaching Workshop (2016, 201, 2018, 2019), Institute of the Study of Free Enterprise (2018), University of Kentucky Stock Pitch Competition (2018), EconGames (2019, 2020, 2021), Panel on Social Media & Blogging at American Economic Association & Committee On Economic Education (2020), ISFE Fellow Career Event (2020)

**Referee for** Journal of Economic Education, Education Finance and Policy, Contemporary Economic Policy, Journal of Business and Economic Perspectives, Journal of Economics and Finance Education, Journal of Economics Teaching, Financial Review Services.

**Discussant at** Conference on Teaching and Research in Economic Education (2014, 2015), Southern Economic Association (2010, 2011, 2013, 2015), Midwest Economic Association (2013), Kentucky Economic Association (2017)

**Session Chair** at Conference on Teaching and Research in Economic Education (2014, 2021), Southern Economic Association (2013, 2015), Midwest Economic Association (2013)

## Department And University Services

### University of Kentucky

| | |
|---|---|
| 2015-Present | Economics Society (Advisor) |
| 2015-Present | Graduate Student Teacher Training |
| 2017-Present | Department Undergraduate Committee (Chair) |
| 2017-Present | College Undergraduate Committee (Member) |
| 2015-Present | University of Kentucky Economics Teaching Workshop Organizer |
| 2021-Present | Kentucky Sports Industry Conference Advisor |
| 2018-Present | Ping Pong (Advisor) |
| 2022-Present | Gaines Center Faculty Advisory Committee (Member) |
| 2022 | Development Officer (Gatton) Search Committee (Member) |
| 2020-2021 | Student Activities Board (SAB) Curricular Connections Team (Member) |
| 2018-2021 | Leadership Development Committee (Member) |
| 2018-Present | Pi Kappa Alpha Omega Chapter (Advisor) |
| 2019-Present | Card Club (Advisor) |
| 2020-2022 | Safety Training |
| 2016-Present | Institute for the Study of Free Enterprise (Member) |
| 2017-2018 | Economics Lecturer Search Committee (Member) |
| 2019-2020 | Department Strategic Plan Initiatives (Member) |
| 2019-2020 | Lecturer & Director of Undergraduate Studies in Martin School Search Committee (Member) |
| 2016-2021 | College Learning Outcomes Assessment Committee (Member) |
| 2016-2021 | Director of Department Learning Outcomes Assessment Committee |
| 2019-2020 | LEAD Summit Committee (Member) |
| 2019-2020 | Gatton Data Analytics Forum Committee (Member) |
| 2018-2019 | University Level Service - Leadership Development Program - Invisible Issues (Advisor) |
| 2018-2019 | Data Analytics Minor Committee (Member) |
| 2018-2019 | Business and Economics Statistics Development Committee (Member) |
| 2017-2018 | Dean Search Committee (Member) |
| 2015-2016 | Economics Lecturer Search Committee (Member) |
| 2016-2017 | Foreign Language and International Economics Committee (Member) |
| 2016-2017 | Foreign Language and International Economics Committee (Member) |
| 2016-2017 | Department Award Committee (Chair) |
| 2006-2007 | Graduate Student Workshop Coordinator |
| 2006-2007 | Graduate Studies Committee (Member) |

### University of Tennessee, Martin

| | |
|---|---|
| 2014-2015 | Graduate Integrated Nature of Business Functions Sub-Committee (member) |
| 2014-2015 | Annual Civil Rights Conference Planning Committee |
| 2014-2015 | SACS Accreditation Assessment for Economics (Chair) |
| 2012-2015 | Student Advising |
| 2013-2015 | SOAR |

| | |
|---|---|
| 2012-2015 | Economics Club Advisor |
| 2013-2015 | Developing a New Program - Business and Economic Development focus in International |
| 2014-2015 | Hendrix Chair Search Committee |
| 2012-2015 | Departmental Undergraduate Committee (Member) |
| 2012-2015 | Undergraduate Committee (Member) |
| 2013-2015 | Global Aspects of Business Committee (Member) |
| 2013-2015 | Leadership and Teamwork Committee (Member) |
| 2014-2015 | Graduate Learning Goal Assessment Committee (Member |
| 2012-2013 | Academic Fair (volunteer) |
| 2014-2015 | Graduate Learning Goal Assessment Committee (Member |

**Roanoke College**

| | |
|---|---|
| 2011-2012 | Created Guidelines for Independent Study and Honors Research |
| 2011-2012 | Cultural Event Organization Committee (Diwali) |

**SKILLS:**
Computing: Stata, MS Office, Tableau
Language: English (Fluent), Swahili (Basic), Guajarati (Native), Hindi (Basic)

**PROFESSIONAL AFFILIATIONS:**
American Economic Association, Southern Economic Association, The Academy of Economics and Finance Journal, Midwest Economic Association

**IN THE MEDIA:**
ChatGPT Talk – Season Six, Podcast Episode 226
Conversations with European Economics Associations – June 2021 – Episode 2
Breaking the Boundary Podcast – Episode 5
Conversations with CoffeeWithDrA – November 2020
Behind the Blue June 11, 2020 - UK COVID-19 Special Edition (with UK Faculty)
Economic Rockstar Podcast Interview